FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2020

No. 04-20-00107-CV

Douglas **HEDRICK** and Mark Hedrick,
Appellants

v.

**JBRF, LLC**; Lonestar Handguns, LLC, and Joshua Felker, August C. Golla, and Debra S. Golla,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00267
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellants' reply brief is due on December 22, 2020. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed motion for an extension of time to file the reply brief.

Appellants' motion is GRANTED. Appellants' reply brief is due on January 11, 2021. *See id.* R. 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2020.



MICHAEL A. CRUZ, Clerk of Court